|   |   |
|---|---|
| 1 | MOEEL LAH FAKHOURY LLP |
|   | Hanni M. Fakhoury (State Bar No. 252629) |
| 2 | 1300 Clay Street, Suite 600 |
|   | Oakland, CA 94612 |
| 3 | Telephone: (510) 500-9994 |
|   | Email: hanni@mlf-llp.com |
| 4 |  |
| 5 | Attorneys for Annie Corbett |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: 5:20-mj-71567-MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1** |
| v. |  |
| ANNIE CORBETT, |  |
| Defendant. | Hearing Date: December 1, 2021 |
|  | Hearing Time: 1:00 p.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from December 1, 2021 to December 15, 2021 at 1:00 p.m. Ms. Corbett is charged in a criminal complaint with wire fraud in violation of 18 U.S.C. § 1343. The government has produced a voluminous amount of discovery, and defense counsel needs additional time to review it with Ms. Corbett, and discuss a proposed plea agreement with the government. As a result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between December 1, 2021 and December 15, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

|    |         |                   |                                                                                |
|----|---------|-------------------|--------------------------------------------------------------------------------|
| 1  |         |                   |                                                                                |
| 2  |         |                   | IT IS SO STIPULATED.                                                           |
| 3  |         |                   |                                                                                |
| 4  | Dated:  | November 22, 2021 | MOEEL LAH FAKHOURY LLP                                                         |
| 5  |         |                   | /S                                                                             |
| 6  |         |                   | HANNI M. FAKHOURY<br>Attorneys for Annie Corbett                               |
| 7  |         |                   |                                                                                |
| 8  | Dated:  | November 22, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney                            |
| 9  |         |                   | Northern District of California                                                |
| 10 |         |                   | /S                                                                             |
| 11 |         |                   | ANNE HSIEH<br>Assistant United States Attorney                                 |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to discuss a potential resolution of the case.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of December 1, 2021, scheduled at 1:00 p.m. is vacated and reset for December 15, 2021 at 1:00 p.m.  It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from December 1, 2021 through December 15, 2021.

**IT IS SO ORDERED.**

DATED: November 23, 2021



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge