1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Telephone: (510) 500-9994
   Email: hanni@mlf-llp.com
4

5  Attorneys for Annie Corbett

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

| UNITED STATES OF AMERICA, | Case No.: 5:20-mj-71567-MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1** |
| v. | |
| ANNIE CORBETT, | Hearing Date: December 15, 2021 |
| Defendant. | Hearing Time: 1:00 p.m. |

   The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from December 15, 2021 to January 27, 2022 at 2:00 p.m.  Ms. Corbett is charged in a criminal complaint with wire fraud in violation of 18 U.S.C. § 1343. The government has produced a voluminous amount of discovery, and defense counsel needs additional time to review it with Ms. Corbett, and discuss a proposed plea agreement with the government. As a result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between December 15, 2021 and January 27, 2022 to allow for effective preparation of counsel taking into account the exercise of due diligence.

|    |        |                    |                                                                          |
|----|--------|--------------------|--------------------------------------------------------------------------|
| 1  |        |                    |                                                                          |
| 2  |        |                    | IT IS SO STIPULATED.                                                     |
| 3  |        |                    |                                                                          |
| 4  | Dated: | December 10, 2021  | MOEEL LAH FAKHOURY LLP                                                   |
| 5  |        |                    | /S                                                                       |
| 6  |        |                    | HANNI M. FAKHOURY<br>Attorneys for Annie Corbett                         |
| 7  |        |                    |                                                                          |
| 8  | Dated: | December 10, 2021  | STEPHANIE M. HINDS<br>Acting United States Attorney                      |
| 9  |        |                    | Northern District of California                                          |
| 10 |        |                    | /S<br>ANNE HSIEH                                                         |
| 11 |        |                    | Assistant United States Attorney                                         |

STIPULATION AND ORDER RESETTING STATUS HEARING
*United States v. Corbett*, 5:20-mj-71567-MAG

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to discuss a potential resolution of the case.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of December 15, 2021, scheduled at 1:00 p.m. is vacated and reset for January 27, 2022 at 2:00 p.m.  It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from December 15, 2021 through January 27, 2022.

**IT IS SO ORDERED.**

DATED: December 10, 2021



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge